UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MELVIN S. MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 1:12-cv-00523-MJD-RLY |
| MICHAEL J. ASTRUE Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

The Court, having this day made its Entry,

IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that Melvin Morris was not entitled to Social Security Disability Insurance Benefits and Social Security Supplemental Security Income Disability Benefits based upon his applications filed on January 11, 2008, is **AFFIRMED**.

Date:  02/12/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov